UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASIR HAYEE, et al., | No. 2:23-cv-02291-DAD-JDP |
| Plaintiffs, | |
| v. | ORDER VACATING JURY TRIAL AND DECLINING TO ADOPT STIPULATION |
| COMBINED TRANSPORT, INC., et al., | (Doc. No. 24) |
| Defendants. | |

On June 17, 2026, the parties filed a stipulation to reopen fact discovery, extend expert discovery, and vacate the upcoming jury trial. (Doc. No. 24.) The court declines to adopt the stipulation in its entirety without prejudice to its renewal because the parties have neglected to provide the court with dates they propose to be included in an amended scheduling order.

Nonetheless, in light of the parties' stipulation and good cause appearing, the court hereby VACATES the final pretrial conference currently set for July 28, 2026 and the jury trial currently set for September 28, 2026, to be reset at a later date. The court further sets a status conference for August 10, 2026 at 1:30 p.m. before Judge Dale A. Drozd. The parties are referred to District Judge Dale A. Drozd's Standing Order (Doc. No. 4) for Zoom appearance information. The

/////

/////

/////

1

parties shall file a joint status report regarding scheduling, including new proposed deadlines, no later than July 27, 2026.

IT IS SO ORDERED.

Dated:    **June 25, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE